**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-6054**

─────────────

LEMAR J. ANDERSON,

                                   Plaintiff - Appellant,

         versus

ROBERT J. HUMPHRES, Commonwealth Attorney, in
his individual or personal capacity; SCOTT
VACHRIS, Commonwealth Attorney, in his
individual or personal capacity; SHARON
MAJEWSKI, Commonwealth Attorney, in her
individual or personal capacity; HARVEY L.
BRYANT, III, Commonwealth Attorney, in his
individual or personal capacity; JOHN T. ORR,
Detective, Police Officer for Virginia Beach
Police Department, in his individual or
personal capacity; DENNIS ARMAND HERBERT,
Detective, Police Officer for Virginia Beach
Police Department, in his individual or
personal capacity; HONORABLE THOMAS H.
PADRICK, JR., Judge, Second Judicial Circuit,
in his individual or personal capacity; THE
VIRGINIA BEACH CITY JAIL CHIEF OVERSEE, in its
individual or personal capacity,

                                   Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:06-cv-00653)

─────────────

Submitted: June 25, 2007            Decided: July 12, 2007

─────────────

Before WILLIAMS, Chief Judge, and MICHAEL and DUNCAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Lemar J. Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lemar J. Anderson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as barred by the applicable two-year statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Anderson v. Humphres</u>, No. 1:06-cv-00653 (E.D. Va. Dec. 7, 2006). We deny Anderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>